UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | |
| | ) | Case No. 16-mj-01079-NYW |
| | ) | |
| BRANDON LAERAYE NELSON, | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief: On or about May 18, 2016, in the State and District of Colorado, BRANDON LAERAYE NELSON, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting interstate commerce, in violation of 18 U.S.C. § 922(g)(1).

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
See Affidavit attached hereto and herein incorporated by reference.

**X** Continued on attached sheet.

*s/James Anderson*
*Complainant's signature*

James Anderson, TFO ATF
*Printed name and title*

Sworn to before me and: ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: **19 May 2016**

*Judge's signature*

Nina Y. Wang
United States Magistrate Judge
*Printed name and title*

City and state: Denver, Colorado