DEFENDANT: BRANDON LAERAYE NELSON

YOB: 1988

ADDRESS (CITY/STATE): Denver, Colorado

OFFENSE(S): Felon in possession of a firearm, 18 U.S.C. § 922(g)(1)

LOCATION OF OFFENSE (COUNTY/STATE): Denver, Colorado

PENALTY: NMT 10 years imprisonment; NMT $250,000, fine, or both; NMT 3 years supervised release, $100 special assessment fee

AGENT: TFO James Anderson

AUTHORIZED BY: Beth Gibson
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

  X   five days or less    _____ over five days    _____ other

THE GOVERNMENT

  X   **will** seek detention in this case    _____ will not seek detention in this case

The statutory presumption of detention is or **is not** applicable to this defendant.

OCDETF CASE:    _____ Yes    X    No