AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| | ) Case No. 16-mj-01079-NYW |
| | ) |
| BRANDON LAERAYE NELSON, | ) |
| *Defendant* | ) |

**ARREST WARRANT**

TO:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* __BRANDON LAERAYE NELSON__, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:  Felon in possession of a firearm, 18 U.S.C. § 922(g)(1).

Date: __19 May 2016__

City and state: Denver, Colorado

*Issuing officer's signature*

Nina Y. Wang
United States Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*