IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-mj-01079-NYW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

BRANDON LAFRAYE NELSON,

       Defendant.

_____

## NOTICE OF APPEARANCE
_____

The Office of the Federal Public Defender, by and through undersigned counsel hereby

enters its appearance in the above captioned case.


Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/Natalie Stricklin
NATALIE STRICKLIN
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
natalie.stricklin@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Beth Gibson, AUSA
Email: Beth.Gibson@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Brandon Nelson        (via Mail)

s/Natalie Stricklin
NATALIE STRICKLIN
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
natalie.stricklin@fd.org
Attorney for Defendant