IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.   1:16-mj-01079-NYW

**UNITED STATES OF AMERICA,**

**Plaintiff,**

v.

1.   **BRANDON LAERAYE NELSON,**

**Defendant.**

_____

## MOTION TO CONSOLIDATE HEARINGS
_____

The United States of America moves to consolidate the preliminary and detention hearings in this case.   The detention hearing is scheduled for May 27, 2016, at 10:00.   Pursuant to the Government's request during the initial appearance, the preliminary hearing was scheduled for a later date, namely June 3, 2016, at 10:00.   The Government now moves to consolidate the hearings so both occur on May 27, 2016.   The Government submits the defendant will suffer no prejudice in holding the preliminary hearing at an earlier date.   In addition, the Government has consulted newly appointed counsel, who does not oppose.   Accordingly, the Government requests the preliminary hearing be held on May 27, 2016, at 10:00 and the June 3, 2016, date be vacated.

Respectfully Submitted,

JOHN F. WALSH
United States Attorney

*/s/ Beth Gibson*
BETH GIBSON
Assistant United States Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0403
E-mail: beth.gibson@usdoj.gov
Attorney for the United States

## **CERTIFICATE OF SERVICE**

   I hereby certify that on May 25, 2016, I electronically filed the foregoing with the Clerk of Court Using the CM/ECF system which will send notification of such filing to the following e-mail addresses:   Natalie Girard Stricklin     natalie_stricklin@fd.org, COX_ECF@fd.org

                */s/ Beth Gibson*
                BETH GIBSON
                Assistant United States Attorney
                United States Attorney's Office
                1225 Seventeenth Street, Suite 700
                Denver, CO 80202
                Telephone: (303) 454-0100
                Fax: (303) 454-0403
                E-mail: Beth.Gibson@usdoj.gov