1

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 4 2016

JEFFREY P. COLWELL
CLERK

| United States of America | ) |
| v. | ) |
| | ) Case No. 16-mj-01079-NYW |
| BRANDON LAERAYE NELSON, | ) |
| *Defendant* | ) |

## ARREST WARRANT

TO: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **BRANDON LAERAYE NELSON**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows: Felon in possession of a firearm, 18 U.S.C. § 922(g)(1).

Date: **19 May 2016**

City and state: Denver, Colorado

_____
Nina Y. Wang          *Issuing officer's signature*
United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 05-20-2016, and the person was arrested on *(date)* 05-24-2016
at *(city and state)* DENVER, CO.

Date: 05-24-2016

_____
*Arresting officer's signature*

ADAM GOLDEN (ATF TFO)
*Printed name and title*