IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   16-cr-00192-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.   BRANDON LAERAYE NELSON,

      Defendant.

---

## INDICTMENT
## 18 U.S.C. § 922(g)(1)
### Possession of a Firearm / Ammunition by a Prohibited Person

---

The Grand Jury charges:

## COUNT 1
18 U.S.C. § 922(g)(1)

On or about May 18, 2016, in the State and District of Colorado, the defendant, BRANDON LAERAYE NELSON, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate commerce; in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2
18 U.S.C. § 922(g)(1)

On or about May 18, 2016, in the State and District of Colorado, the defendant,

BRANDON LAERAYE NELSON, having been previously convicted of a crime punishable

by imprisonment for a term exceeding one year, did knowingly possess ammunition in and

affecting interstate commerce; in violation of Title 18, United States Code, Section

922(g)(1).


A TRUE BILL:


"Ink signature on file in Clerk's Office"
FOREPERSON


JOHN F. WALSH
United States Attorney



s/*Beth Gibson*
BETH GIBSON
Assistant United States Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado   80202
Telephone:   (303) 454-0100
Fax:   (303) 454-0406
E-mail:   beth.gibson@usdoj.gov