DEFENDANT	BRANDON LAERAYE NELSON

YOB:	1988

ADDRESS:	Denver, Colorado

COMPLAINT FILED?	  X   YES	___ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: 16-mj-01079-NYW
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   X   YES   ___ NO

OFFENSE:	Count 1: Felon in possession of firearm, 18 U.S.C. § 922(g)(1)
	Count 2: Felon in possession of ammunition, 18 U.S.C. § 922(g)(1)

LOCATION OF OFFENSE: Denver, Colorado

PENALTY:	Counts 1 and 2:  10 years of imprisonment, $250,000 fine, or both,
	3 of supervised release, $100 special assessment

AGENT:	James Anderson
	Task Force Officer, ATF

AUTHORIZED BY:	Beth Gibson
	Assistant United States Attorney

ESTIMATED TIME OF TRIAL:

  X   five days or less	___ over five days	___ other

THE GOVERNMENT:

  X   will seek detention in this case	___ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDEF CASE:	___ Yes	  X   No