IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-CR-00192-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BRANDON LAFRAYE NELSON,

        Defendant.

___

**NOTICE OF DISPOSITION AND
MOTION REQUESTING CHANGE OF PLEA HEARING**
___

        The defendant, Brandon Lafraye Nelson, by and through undersigned counsel, hereby notifies this Court that a disposition has been reached in his case with the government. The defendant would request a change of plea hearing for the court to consider the proposed plea agreement.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender

        s/Natalie Stricklin
        NATALIE STRICKLIN
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        natalie.stricklin@fd.org
        Attorney for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Beth Gibson, AUSA
Email: beth.gibson@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Brandon Nelson        (via Mail)
Reg. No. 43578-013
c/o Clear Creek County Jail

s/Natalie Stricklin
NATALIE STRICKLIN
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
natalie.stricklin@fd.org
Attorney for Defendant