# Attachment A





# Life's Journey
## Ta'Rell Lavar Burton, Jr.

Ta'Rell Lavar Burton Jr. was born on June 4, 1997, in Denver Colorado to his parents, AnJanette T. Nelson and Ta'Rell Lavar Burton, Sr. Ta'Rell, Jr. was the first and eldest son born to the union of his mother and father. Ta'Rell, Jr. was raised surrounded by his three siblings, Ta'Zhae Ajanae Burton, De'Ontre James Yorks and De'Ashae Marie Yorks. Later, AnJanette married Donald Yorks, who became a father figure to Ta'Rell Jr. from his youth.

At the age of five, Ta'Rell, Jr. began to develop his passion for sports, while playing in a football youth league for a team called, The Disciples. Later, he also discovered a love for basketball and boxing. He was very athletic and displayed versatility with the support of many mentors and coaches. Ta'Rell, Jr. attended Columbine Elementary, Morey Middle and Manual High Schools all in the Denver Public School System. He later enrolled at Denver Justice to continue his pursuit of achieving a High School Diploma. He was a very bright student and excelled in math. The University of Colorado recognized Ta'Rell, Jr. as a gifted scholar.

Ta'Rell, Jr. met Ellesse Mayfield and the two came to care deeply for one another. Ta'Rell and Ellesse would soon cherish their first and only son, Ta'Rell Lavar Burton, III. He was a proud father who loved his son dearly and, was determined to provide his family with love and security. He showed his devotion to his family by supplying them with all physical, mental, and spiritual needs on a daily basis. Ta'Rell, Jr. was very proud of becoming a first time father and he lovingly referred to his son as, "My Little Third."





Ta'Rell, Jr. was a very loyal, loving, and committed father, son, and brother, with an entrepreneurial spirit. During his young life, he took up many trades including landscaping "Sweet Lawns" and construction. His hobbies included fishing, bowling, shopping, rapping, and cooking to complement what he enjoyed the most, eating. Ta'Rell had many accomplishments more notably he will be remembered for his big bright eyes, charismatic smile, and a laugh that would often make anyone's day brighter.

Ta'Rell was preceded in death by his uncles, Marlow Jenkins, Da'Rell Burton, Sr. and Dolan Burton.

Ta'Rell Lavar Burton, Jr. departed this life on March 9, 2016 in Denver Colorado. Those left to cherish his memory and mourn his loss include his only son, Ta'Rell Lavar Burton III; his parents, AnJanette T. Nelson and Ta'Rell Lavar Burton, Sr. of Denver; the mother of his child, Ellesse Mayfield; one brother, De'Ontre Yorks; two sisters, Ta'Zhae Ajanae Burton and De'Ashae Yorks; all residing in Denver, Colorado; his grandmothers, Joyce Nelson, Brenda (Richard) Burton Chaney both of Denver; four aunts, Karla Nelson, Nicole Nelson, Joya (Carl) Beasley, and Rose (Kager) Burton; his uncle, Cornelius Williams Jr.,; a host nieces, nephews, aunts, uncles, cousins, other relatives, and friends who will all love and miss him dearly.



*My love*

My heart is frozen as if it wants to stop, how do I live on when you're always in my thoughts. They say to be strong but this pain won't stop, you said, you'll never leave and you'll always be around, it breaks my heart because I can still see that big bright smile. You bring me laughter to hide the pain, when I see our son I think to myself like man y'all are just the same, although you're not here with us, today I will always remember you as my "Chocolate thang." It will never be easy, it will never be the same, God broke my heart to prove that he only takes the ones he made.

*I'll Always Love You*
*Ellesse*

### Tribute to My Son

JR., My Precious Son
I've always admired my Son;
I've always adored my Son;
My Son, I was always proud of you;
Son, I will always be torn;
My Son, whom I've always spoke highly of;
My Son, I wanted better for you;
My Son, I know was a leader;
My Son, I know could be more;
My Son, I never doubted;
My Son, I knew could be the best;
My Son, My Son, My Son, My Son, My Son.
I'll Never forget you. I Love you JR.
Love Always, Pops
Ta'Rell Lavar Burton Sr.





### The Broken Chain

We little knew that day,
God was going to call your name.
In life we loved you dearly,
In death, we do the same.

It broke our hearts to lose you.
You did not go alone.
For part of us went with you,
The day God called you home.

You left us beautiful memories,
Your love is still our guide.
And although we cannot see you,
You are always at our side.

Our family chain is broken,
And nothing seems the same,
But as God calls us one by one,
The chain will link again.

## Order of Celebration
**Wednesday March 23, 2016 – 11:00 am**
Pipkin Braswell Chapel of Peace
6601 East Colfax Avenue Denver, Colorado 80220
Reverend Victor Lamonte Lane, Officiating

Processional .................................................................... Tara Everette/Minister Nathaniel Black
*"His Eye Is On The Sparrow"*
Parting Memories ......................................................... Pipkin Braswell Funeral Directors
Selection ................................................................................................................ Musicians
*"Safe In His Arms"*
Comfort from the Scriptures ........................................................................... Minister
Old Testament    New Testament
Prayer of Solace ................................................................................................. Minister
Selection ............................................................................................................. Musicians
*"Wind Beneath My Wings"*
Acknowledgements and Condolence .............................. Pipkin Braswell Funeral Directors
Obituary ............................................................................................................. Karla Nelson

Video Tribute
Family Tributes

A Tribute to My Friend ................................................................................... Antonio Herrera
A Tribute to My Love ...................................................................................... Ellesse Mayfield
A Tribute to My Son ........................................................................................ Ta'Rell L. Burton, Sr.
*"Glory" By John Legend*
Selection ............................................................................................................. Musicians
*"Never Would Have Made It"*
Words of Comfort ................................................................... Reverend Victor Lamonte Lane
Pipkin Braswell Funeral Directors In Charge
*"I Look to You"*
Recessional ........................................................................................................ The O'Jay's CD
*"Stairway to Heaven"*

### Active Pallbearers
Gerald Wright    Antonio Herrera    Brandon Nelson Lee
Qwon'Shae Burton    Da'Rell Lamar Burton, Jr.    Nickoles Burton

### Honorary Pallbearers
Ta'Rell Lavar Burton, Sr.    Donald Yorks    De'Ontre Yorks
Ta'Yon Burton    Malcolm Watson    Charles Elwood, Jr.    Cornelius Williams, Jr.

Private Cremation   Denver, Colorado
Repast following the service in the
Pipkin Braswell Reception Center

### Acknowledgements
Words cannot express how much we thank you for the expressions of sympathy, and all the help you provided us during our moment of sorrow. We are truly grateful for your friendship and support. We would like to thank everyone who has been a blessing and who has given encouragement and condolences or served our family in any way during this difficult time. The Family of Ta'Rell L. Burton, Jr.

*Arrangements entrusted to the staff of*

**PB PIPKIN·BRASWELL**
FUNERALS·CREMATION·RECEPTIONS
6601 East Colfax Avenue Denver, Colorado
Phone: 303-996-0869   Fax: 303-996-0891   www.PipkinBraswell.com
*"Supporting Each Other For A Stronger Tomorrow"*