IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-cr-00192-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

BRANDON LADRAYE NELSON,

      Defendant.

---

**NOTICE OF APPEARANCE**

---

Assistant Federal Public Defender Dean Sanderford enters his appearance in this case pursuant to General Order 2019-5.

      Respectfully submitted,

      VIRGINIA L. GRADY
      Federal Public Defender


      /s/ Dean Sanderford
      DEAN SANDERFORD
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, Colorado  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      Email:  Dean_Sanderford@fd.org
      Attorney for Defendant

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 10, 2019, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

  Beth Gibson, Assistant U.S. Attorney
  Email:  beth.gibson@usdoj.gov

           /s/ Dean Sanderford
           DEAN SANDERFORD
           Assistant Federal Public Defender