IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-cr-00192-MSK-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BRANDON LADRAYE NELSON,

        Defendant.

---

## MOTION FOR RULING

---

        Defendant Brandon Lafraye Nelson, through counsel, respectfully requests a ruling on his Amended Motion to Vacate Conviction and Sentence under U.S.C. § 2255. In support, counsel states:

        1.    Mr. Nelson filed his amended § 2255 motion on September 10, 2019. More than 10 months have now passed without a ruling from this Court.

        2.    Mr. Nelson's motion challenges his 18 U.S.C. § 922(g) conviction under *Rehaif v. United States,* 139 S. Ct. 2191 (2019). The § 922(g) conviction is the only conviction Mr. Nelson suffered in this case, so a ruling in his favor would vacate his only conviction here. Also, although Mr. Nelson has completed his prison sentence, he is still serving the term of supervised release that was imposed. A ruling in his favor could result in the elimination or shortening of that term. For these reasons, the delay in ruling on Mr. Nelson's motion is prejudicial to him.

2

Wherefore, Mr. Nelson respectfully requests a ruling on his § 2255 motion.

                                        Respectfully submitted,

                                        VIRGINIA L. GRADY
                                        Federal Public Defender


                                        /s/ Dean Sanderford
                                        DEAN SANDERFORD
                                        Assistant Federal Public Defender
                                        633 17th Street, Suite 1000
                                        Denver, Colorado  80202
                                        Telephone:  (303) 294-7002
                                        FAX:  (303) 294-1192
                                        Email:  Dean_Sanderford@fd.org
                                        Attorney for Defendant

## CERTIFICATE OF SERVICE

       I certify that on July 22, 2020, I electronically filed the foregoing ***Motion for Ruling*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

    Beth Gibson, Assistant U.S. Attorney
    Email:  beth.gibson@usdoj.gov

                                /s/ Dean Sanderford
                                DEAN SANDERFORD
                                Assistant Federal Public Defender
                                Attorney for Defendant