IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00192-MSK

UNITED STATES OF AMERICA,

   Plaintiff,

v.

BRANDON LADRAYE NELSON,

   Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

United States of America

DATED at Denver, Colorado this 27 day of July, 2020.

        Alecia L. Riewerts
          Name of Attorney
        United States Attorney's Office
          Firm Name
        1801 California Street, Suite 1600
          Office Address
        Denver, CO, 80202
          City, State, ZIP Code
        303-454-0100
          Telephone Number
        Alecia.Riewerts@usdoj.gov
          Primary CM/ECF E-mail Address

                JASON R. DUNN
                United States Attorney

By:   *s/ Alecia L. Riewerts*
       ALECIA L. RIEWERTS
       Assistant United States Attorney
       U.S. Attorney's Office
       1801 California Street, Suite 1600
       Denver, CO 80202
       Telephone: 303-454-0100
       Fax: 303-454-0401
       E-mail: Alecia.Riewerts@usdoj.gov
       Attorney for Government

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 27th day of July, 2020, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

                                      By: s/ *Portia Peter*
                                      PORTIA PETER
                                      Legal Assistant
                                      U.S. Attorney's Office
                                      1801 California Street, Suite 1600
                                      Denver, CO 80202
                                      Telephone: 303-454-0100
                                      Fax: 303-454-0401
                                      E-mail: Portia.Peter@usdoj.gov