IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-cr-00192-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRANDON LADRAYE NELSON,

    Defendant.

---

## NOTICE OF APPEARANCE

---

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender


    s/ Natalie G. Stricklin
    NATALIE G. STRICKLIN
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Natalie_Stricklin@fd.org
    Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2020, I filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Alecia L. Riewerts, Assistant United States Attorney
E-mail:  alecia.Riewerts@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Brandon LAdraye Nelson (via U.S. mail)

                        s/ Natalie G. Stricklin
                        NATALIE G. STRICKLIN
                        Assistant Federal Public Defender
                        633 17th Street, Suite 1000
                        Denver, CO  80202
                        Telephone:  (303) 294-7002
                        FAX:  (303) 294-1192
                        Natalie_Stricklin@fd.org
                        Attorney for Defendant