**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 16-cr-00192-MSK

UNITED STATES OF AMERICA,

   Plaintiff,

v.

BRANDON LADRAYE NELSON,

   Defendant.

---

## MOTION TO WITHDRAW

---

The United States of America, by Jason R. Dunn, United States Attorney for the District of Colorado, through Alecia L. Riewerts, Assistant United States Attorney, hereby files its Motion to Withdraw Assistant United States Attorneys Beth N. Gibson and Martha Ann Paluch as counsel of record and requests termination of electronic service in the above-captioned case. AUSA Alecia L. Riewerts is counsel of record in this case and is receiving electronic notice.

DATED this 29th day of July, 2020.

                                     Respectfully submitted,

                                     JASON R. DUNN
                                     United States Attorney

By:   *s/ Alecia L. Riewerts*
       ALECIA L. RIEWERTS
       Assistant United States Attorney
       U.S. Attorney's Office
       1801 California Street, Suite 1600
       Denver, CO 80202
       Telephone: 303-454-0100
       Fax: 303-454-0401

                E-mail: Alecia.Riewerts@usdoj.gov
                Attorney for Government

## CERTIFICATE OF SERVICE

   I hereby certify that on July 29th, 2020, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

                   By: s/ *Portia Peter*
                   PORTIA PETER
                   Legal Assistant
                   U.S. Attorney's Office
                   1801 California Street, Suite 1600
                   Denver, CO 80202
                   Telephone: 303-454-0100
                   Fax: 303-454-0401
                   E-mail: Portia.Peter@usdoj.gov