# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00192-MSK

UNITED STATES OF AMERICA,

   Plaintiff,

v.

BRANDON LADRAYE NELSON,

   Defendant.

## ORDER

THIS MATTER comes before the Court on the government's Motion to Withdraw Assistant United States Attorneys Beth N. Gibson and Martha Ann Paluch. After consideration, the motion is GRANTED. It is

ORDERED that Assistant United States Attorneys Beth N. Gibson and Martha Ann Paluch are hereby withdrawn from this case and electronic services shall be terminated, as AUSA Alecia L. Riewerts is counsel of record.

DATED this \_\_\_\_ day of July, 2020

                BY THE COURT:

                _____
                MARCIA S. KRIEGER
                UNITED STATES DISTRICT COURT JUDGE
                DISTRICT OF COLORADO