AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| BRANDON LADRAYE NELSON | ) | Case No.  16-cr-00192-MSK |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court.  A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date:  07/30/2020

s/ Brandon LAdraye Nelson
*Defendant's signature*

s/ Natalie G. Stricklin
*Signature of defendant's attorney*

Natalie G. Stricklin, #39028 (Colorado)
*Printed name and bar number of defendant's attorney*

633 17th Street, Suite 1000
Denver, CO 80202

*Address of defendant's attorney*

Natalie_Stricklin@fd.org
*E-mail address of defendant's attorney*

(303) 294-7002
*Telephone number of defendant's attorney*

(303) 294-1192
*FAX number of defendant's attorney*