AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2020 AUG -5 AM 10:04
JEFFREY P. COLWELL
CLERK
BY_____DEP. CLK

United States of America
v.

Brandon Ladraye Nelson

Defendant

Case No.  1:16-cr-00192-MSK

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Brandon Ladraye Nelson,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☑ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Possession and Use of a Controlled Substance
Failure to Work Regularly
Failure to Follow Instructions of the Probation Officer
Failure to Participate in Substance Abuse and Mental Health Treatment as Directed by the Probation Officer
Failure to Participate in Substance Abuse Testing as Directed by the Probation Officer

Date:  07/13/2020

s/ Robert R. Keech
*Issuing officer's signature*

City and state:   Denver, Colorado

JEFFREY P. COLWELL, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 7/13/2020, and the person was arrested on *(date)* 07/24/2020
at *(city and state)* DENVER, CO.

Date: 7/24/2020

*Arresting officer's signature*

ALEXANDER MUMFORD, DUSM
*Printed name and title*