IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 16-cr-00192-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRANDON LADRAYE NELSON,

    Defendant.

___

**MOTION TO WITHDRAW**
___

    Jennifer Beck, Federal Public Defender, hereby moves to withdraw as counsel for the defendant Brandon Nelson as Assistant Federal Public Defender Natalie Stricklin has entered her appearance on July 27, 2020.  Counsel also request that ECF Notification be terminated.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender


    s/Jennifer Beck
    Jennifer Beck
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado 80202
    Telephone: (303) 294-7002
    FAX: (303) 294-1192
    Jennifer_beck@fd.org
    Attorney for Defendant

2

**CERTIFICATE OF SERVICE**

       I hereby certify that on August 20, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses and all listed parties:

   Alecia Riewerts, Assistant United States Attorney
   Email: alecia.riewerts@usdoj.gov

                                   s/Jennifer Beck
                                   Jennifer Beck
                                   Assistant Federal Public Defender
                                   633 Seventeenth Street, Suite 1000
                                   Denver, Colorado 80202
                                   Telephone: (303) 294-7002
                                   FAX: (303) 294-1192
                                   Jennifer_beck@fd.org
                                   Attorney for Defendant