IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-cr-00192-RBJ

UNITED STATES OF AMERICA,

       Plaintiff,

v.

BRANDON LAFRAYE NELSON,

       Defendant.

---

## NOTICE OF APPEAL
---

       Defendant, Brandon Lafraye Nelson, through counsel, notifies this Court that he wishes to appeal from the August 12, 2020, denial of his 28 U.S.C. § 2255 motion (doc. 60), and the September 14, 2020, partial denial of his motion for reconsideration (doc. 66) to the Tenth Circuit.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender


       /s/ Dean Sanderford
       DEAN SANDERFORD
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:  (303) 294-7002
       Fax:  (303) 294-1192
       Email:  Dean_Sanderford@fd.org
       Attorney for Defendant

## CERTIFICATE OF SERVICE

      I certify that on October 1, 2020, I electronically filed the foregoing *Notice of Appeal* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

Alecia L. Riewerts, Assistant U.S. Attorney
Email:  alecia.riewerts@usdoj.gov

                                          /s/ Dean Sanderford
                                          DEAN SANDERFORD
                                          Assistant Federal Public Defender