IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-cr-00192-RBJ

UNITED STATES OF AMERICA,

      Plaintiff,

v.

BRANDON LAFRAYE NELSON,

      Defendant.

---

## NOTICE OF APPEAL
---

Defendant, Brandon Lafraye Nelson, through counsel, notifies this Court that he wishes to appeal from the August 12, 2020, denial of his 28 U.S.C. § 2255 motion (doc. 60), and the September 14, 2020, partial denial of his motion for reconsideration (doc. 66) to the Tenth Circuit.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


/s/ Dean Sanderford
DEAN SANDERFORD
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
Fax: (303) 294-1192
Email: Dean_Sanderford@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

       I certify that on October 1, 2020, I electronically filed the foregoing *Notice of Appeal* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

    Alecia L. Riewerts, Assistant U.S. Attorney
    Email: alecia.riewerts@usdoj.gov

                                      /s/ Dean Sanderford
                                      DEAN SANDERFORD
                                      Assistant Federal Public Defender

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_ENotice@cod.uscourts.gov
Bcc:
--Case Participants: Jennifer Lynn Beck (co.ecf@fd.org, jennifer_beck@fd.org,
sonja_beamon@fd.org), Beth N. Gibson (beth.gibson@usdoj.gov, caseview.ecf@usdoj.gov,
stephanie.price1@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Martha Ann Paluch
(caseview.ecf@usdoj.gov, martha.paluch@usdoj.gov, usaco.ecfcriminal@usdoj.gov,
veronica.ortiz@usdoj.gov), Alecia Lynne Riewerts (alecia.riewerts@usdoj.gov,
caseview.ecf@usdoj.gov, portia.peter@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Oliver Dean
Sanderford (cecilia_hernandez@fd.org, co.ecf@fd.org, dean_sanderford@fd.org), Natalie
Girard Stricklin (co.ecf@fd.org, mary_unrein@fd.org, natalie_stricklin@fd.org), Judge R.
Brooke Jackson (jackson_chambers@cod.uscourts.gov)
--Non Case Participants: James Coyle Murphy (james.murphy3@usdoj.gov,
usaco.ecfappellate@usdoj.gov), jkoza (justine_kozak@cod.uscourts.gov), lansa
(laura_ansart@cod.uscourts.gov), shartz (stephanie_hartz@cod.uscourts.gov),
Probation-General (cod_efiling@cod.uscourts.gov), USM-Criminal Division
(gregorio.rivera@usdoj.gov, jason.brackett@usdoj.gov, justin.kellogg@usdoj.gov,
katrina.crouse@usdoj.gov, royce.namoca@usdoj.gov, usms.cod-criminal@usdoj.gov)
--No Notice Sent:

Message-Id:7703243@cod.uscourts.gov
Subject:Activity in Case 1:16-cr-00192-RBJ USA v. Nelson Minute Order
Content-Type: text/html
```

### U.S. District Court – District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 8/12/2020 at 1:01 PM MDT and filed on 8/12/2020

| | |
|---|---|
| **Case Name:** | USA v. Nelson |
| **Case Number:** | 1:16–cr–00192–RBJ |
| **Filer:** | |
| **Document Number:** | 60(No document attached) |

**Docket Text:**
**MINUTE ORDER as to Brandon LAdraye Nelson Re: [39] Amended Motion to Reduce Sentence pursuant to Rehaif v. United States and [44] MOTION for Order for Ruling. ECF No. 39 is denied. As the government has pointed out in its response, the motion was procedurally defaulted. Moreover, the defendant stipulated that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, ECF No. 24 at 4. Accordingly, it is clear that the defendant did know that he was not allowed to possess firearms because of his previous conviction(s). ECF No. 44 is denied as moot. By Judge R. Brooke Jackson on 8/12/2020. Text Only Entry (rbjsec,)**

**1:16–cr–00192–RBJ–1 Notice has been electronically mailed to:**

Martha Ann Paluch (Terminated)     Martha.paluch@usdoj.gov, CaseView.ECF@usdoj.gov, usaco.ecfcriminal@usdoj.gov, veronica.ortiz@usdoj.gov

Oliver Dean Sanderford     Dean_Sanderford@fd.org, cecilia_hernandez@fd.org, co.ecf@fd.org

Alecia Lynne Riewerts     Alecia.Riewerts@usdoj.gov, CaseView.ECF@usdoj.gov, USACO.ECFCriminal@usdoj.gov, portia.peter@usdoj.gov

Beth N. Gibson (Terminated)     Beth.Gibson@usdoj.gov, CaseView.ECF@usdoj.gov, USACO.ECFCriminal@usdoj.gov, stephanie.price1@usdoj.gov

Natalie Girard Stricklin     natalie_stricklin@fd.org, co.ecf@fd.org, mary_unrein@fd.org

Jennifer Lynn Beck     jennifer_beck@fd.org, Sonja_Beamon@fd.org, co.ecf@fd.org

**1:16−cr−00192−RBJ−1 Notice has been mailed by the filer to:**

11

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_ENotice@cod.uscourts.gov
Bcc:
--Case Participants: Natalie Girard Stricklin (co.ecf@fd.org, mary_unrein@fd.org,
natalie_stricklin@fd.org), Alecia Lynne Riewerts (alecia.riewerts@usdoj.gov,
caseview.ecf@usdoj.gov, portia.peter@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Oliver Dean
Sanderford (cecilia_hernandez@fd.org, co.ecf@fd.org, dean_sanderford@fd.org), Judge R.
Brooke Jackson (jackson_chambers@cod.uscourts.gov)
--Non Case Participants: lansa (laura_ansart@cod.uscourts.gov), James Coyle Murphy
(james.murphy3@usdoj.gov, usaco.ecfappellate@usdoj.gov), jkoza
(justine_kozak@cod.uscourts.gov), shartz (stephanie_hartz@cod.uscourts.gov),
Probation-General (cod_efiling@cod.uscourts.gov)
--No Notice Sent:

Message-Id:7754429@cod.uscourts.gov
Subject:Activity in Case 1:16-cr-00192-RBJ USA v. Nelson Order on Motion for
Reconsideration
Content−Type: text/html
```

### U.S. District Court − District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 9/14/2020 at 2:14 PM MDT and filed on 9/14/2020

| | |
|---|---|
| **Case Name:** | USA v. Nelson |
| **Case Number:** | 1:16−cr−00192−RBJ |
| **Filer:** | |
| **Document Number:** | 66(No document attached) |

**Docket Text:**
**ORDER granting in part and denying in part [62] MOTION for Reconsideration of Order Denying 28 U.S.C. § 2255 Motion as to Brandon LAdraye Nelson (1). Granted to the extent that the Court has reviewed defendant's reply and has reconsidered. Otherwise, denied. The Court reaffirms its denial of defendant's amended motion to reduce sentence, ECF No. 39, for the reasons summarized in the Courts Minute Order, ECF No. 60. By Judge R. Brooke Jackson on 9/14/202. Text Only Entry (rbjsec. )**

**1:16−cr−00192−RBJ−1 Notice has been electronically mailed to:**

Oliver Dean Sanderford     Dean_Sanderford@fd.org, cecilia_hernandez@fd.org, co.ecf@fd.org

Alecia Lynne Riewerts     Alecia.Riewerts@usdoj.gov, CaseView.ECF@usdoj.gov, USACO.ECFCriminal@usdoj.gov, portia.peter@usdoj.gov

Natalie Girard Stricklin     natalie_stricklin@fd.org, co.ecf@fd.org, mary_unrein@fd.org

**1:16−cr−00192−RBJ−1 Notice has been mailed by the filer to:**