## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff-Appellee,  v. | District Court No. 1:16-cr-00192-RBJ-1 |
| **BRANDON LAFRAYE NELSON,**  Defendant-Appellant. | Court of Appeals No. 20-1340 |

## DESIGNATION OF RECORD

Those original papers which have been designated by circling their respective docket numbers on the attached copy of the district court's docket sheets should be included in the record on appeal prepared by the clerk of the district court and transmitted to the clerk of the court of appeals. (If the district court clerk so elects, original papers may be retained in the district court and copies thereof may be included in the record on appeal.)

The following items should also be included in the record on appeal.

1. Transcript, Change of Plea Hearing, 07/26/2016 (Doc. 23).
    *(filed with the District Court, 08/05/2019 at Doc. 36)*
2. Presentence Report (Doc. No. 33.) (Filed Under Seal.)
3. Documents circled on attached criminal docket sheet.


Signature: /s/ John C. Arceci, AFPD
Counsel for:   Appellant Brandon Lafraye Nelson


I hereby certify that a copy of this designation, with docket sheets attached, was served on opposing counsel and filed with the clerk of the court of appeals on October 16, 2020.

Signature:   /s/ John C. Arceci
     Assistant Federal Public Defender

**A-9** Designation of Record Form 12/09