*United States v. Nelson*

Tenth Circuit Court of Appeals
Case No. 20-1340

Attachment

Docket Sheet
District of Colorado
1:16-cr-00192-RBJ-1

APPEAL,TERMED

# U.S. District Court - District of Colorado
## District of Colorado (Denver)
### CRIMINAL DOCKET FOR CASE #: 1:16-cr-00192-RBJ-1

Case title: USA v. Nelson
Magistrate judge case number: 1:16-mj-01079-NYW

Date Filed: 06/07/2016
Date Terminated: 11/04/2016

Assigned to: Judge R. Brooke Jackson

Appeals court case number: 20-1340
USCA 10th Circuit

### Defendant (1)

**Brandon LAdraye Nelson**
*TERMINATED: 11/04/2016*
*also known as*
Brandon Laeraye Nelson
*TERMINATED: 11/04/2016*
*also known as*
Brandon Lafraye Nelson
*TERMINATED: 11/04/2016*

represented by **Jennifer Lynn Beck**
Federal Public Defender's Office-Denver
633 17th Street
Suite 1000
Denver, CO 80202
303-294-7002
Fax: 303-294-1192
Email: jennifer_beck@fd.org
*TERMINATED: 08/20/2020*
*LEAD ATTORNEY*
*Designation: Public Defender or Community Defender Appointment*

**Natalie Girard Stricklin**
Federal Public Defender's Office-Denver
633 17th Street
Suite 1000
Denver, CO 80202
303-294-7002
Fax: 303-294-1192
Email: natalie_stricklin@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Oliver Dean Sanderford**
Federal Public Defender's Office-Denver
633 17th Street
Suite 1000
Denver, CO 80202
303-294-7002
Fax: 303-294-1192
Email: Dean_Sanderford@fd.org

|  | ATTORNEY TO BE NOTICED<br>Designation: Public Defender or<br>Community Defender Appointment |
|---|---|
| **Pending Counts** | **Disposition** |
| 18:922G Possession of a Firearm / Ammunition by a Prohibited Person (1) | Defendant is sentenced to a term of imprisonment of fifty-one (51) months, three (3) years supervised release, no fine and a special assessment of $100.00. |
| **Highest Offense Level (Opening)** | |
| Felony | |
| **Terminated Counts** | **Disposition** |
| 18:922G Possession of a Firearm / Ammunition by a Prohibited Person (2) | Dismissed |
| **Highest Offense Level (Terminated)** | |
| Felony | |
| **Complaints** | **Disposition** |
| 18:922G.F Felon in Possession of a Firearm | |

**Plaintiff**

| **USA** | represented by | **Beth N. Gibson**<br>U.S. Attorney's Office-Denver<br>1801 California Street<br>Suite 1600<br>Denver, CO 80202<br>303-454-0100<br>Fax: 303-454-0406<br>Email: Beth.Gibson@usdoj.gov<br>*TERMINATED: 08/12/2020*<br>*LEAD ATTORNEY*<br>*Designation: Federal Agency Attorney*<br><br>**Martha Ann Paluch**<br>U.S. Attorney's Office-Denver<br>1801 California Street<br>Suite 1600<br>Denver, CO 80202<br>303-454-0100<br>Fax: 303-454-0402 |
|---|---|---|

Email: Martha.paluch@usdoj.gov
*TERMINATED: 08/12/2020*
*LEAD ATTORNEY*
*Designation: Federal Agency Attorney*

**Alecia Lynne Riewerts**
U.S. Attorney's Office-Denver
1801 California Street
Suite 1600
Denver, CO 80202
303-454-0100
Fax: 303-454-0406
Email: Alecia.Riewerts@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/19/2016 | 1 | CRIMINAL COMPLAINT as to Brandon Lafraye Nelson (1). (Attachments: # 1 Affidavit, # 2 Criminal Information Sheet) (nmarb, ) [1:16-mj-01079-NYW] (Entered: 05/19/2016) |
| 05/19/2016 | 2 | Arrest Warrant Issued in case as to Brandon Lafraye Nelson. (nmarb, ) [1:16-mj-01079-NYW] (Entered: 05/19/2016) |
| 05/24/2016 | 3 | Arrest of Brandon Lafraye Nelson. Initial Appearance set for 5/24/2016 02:00 PM in Courtroom C204 before Magistrate Judge Nina Y. Wang. (Text Only entry)(morti, ) [1:16-mj-01079-NYW] (Entered: 05/24/2016) |
| 05/24/2016 | 4 | COURTROOM MINUTES for Initial Appearance as to Brandon Lafraye Nelson held on 5/24/2016 before Magistrate Judge Nina Y. Wang. Defendant present in custody. Defendant advised. Federal Public Defender appointed. Detention Hearing set for 5/27/2016 10:00 AM in Courtroom C204 before Magistrate Judge Nina Y. Wang. Preliminary Examination set for 6/3/2016 10:00 AM in Courtroom A 402 before Magistrate Judge Craig B. Shaffer. Defendant remanded. (Total time: 5 minutes, Hearing time: 2:21-2:26) **APPEARANCES**: Caroline Friedman on behalf of the Government, Gary Burney on behalf of pretrial. FTR: Courtroom C-204. (bsimm, ) Text Only Entry [1:16-mj-01079-NYW] (Entered: 05/24/2016) |
| 05/24/2016 | 5 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Brandon Lafraye Nelson by Magistrate Judge Nina Y. Wang on 5/24/16. Text Only Entry (bsimm, ) [1:16-mj-01079-NYW] (Entered: 05/24/2016) |
| 05/24/2016 | 6 | NOTICE OF ATTORNEY APPEARANCE: Natalie Girard Stricklin appearing for Brandon Lafraye NelsonAttorney Natalie Girard Stricklin added to party Brandon Lafraye Nelson(pty:dft) (Stricklin, Natalie) [1:16-mj-01079-NYW] (Entered: 05/24/2016) |
| 05/24/2016 | 7 | CJA 23 Financial Affidavit by Brandon Lafraye Nelson. (bsimm, ) [1:16-mj-01079-NYW] (Entered: 05/24/2016) |

| 05/24/2016 | 11 | Arrest Warrant Returned Executed on 05/24/16 in case as to Brandon Lafraye Nelson. (nmarb, ) [1:16-mj-01079-NYW] (Entered: 05/25/2016) |
|---|---|---|
| 05/25/2016 | 8 | MOTION for Order *MOTION TO CONSOLIDATE HEARINGS* by USA as to Brandon Lafraye Nelson. (Gibson, Beth) [1:16-mj-01079-NYW] (Entered: 05/25/2016) |
| 05/25/2016 | 9 | MINUTE ORDER: Upon consideration of the United States' Motion to Consolidate Hearings 8 , the court finds that it is appropriate to hold the preliminary and detention hearings concurrently. Accordingly, the Motion 8 is GRANTED, and the preliminary and detention hearing for Defendant Brandon LaFraye Nelson will be SET for May 27, 2016 at 10:00 a.m. before Magistrate Judge Nina Y. Wang. The preliminary hearing set before the Honorable Craig B. Shaffer for June 3, 2016 is VACATED. Text Only Entry (nmarb, ) [1:16-mj-01079-NYW] (Entered: 05/25/2016) |
| 05/25/2016 | 10 | MINUTE ORDER as to Brandon Lafraye Nelson by Magistrate Judge Nina Y. Wang on 5/25/16. To accommodate the schedule of the US Marshal Service, the hearings on Detention, and Preliminary Examination, currently set for 5/27/2016 at 10:00 AM are vacated and reset to 5/27/2016 at **2:00 PM** in Courtroom C204 before Magistrate Judge Nina Y. Wang. Text Only Entry (bsimm, ) [1:16-mj-01079-NYW] (Entered: 05/25/2016) |
| 05/27/2016 | 12 | COURTROOM MINUTES for Detention, and Preliminary Hearing, as to Brandon Lafraye Nelson held on 5/27/2016 before Magistrate Judge Nina Y. Wang. Defendant present in custody. Defendant did not participate in pretrial interview. Defendant is not contesting detention. Parties request a brief continuance for the Preliminary Hearing. Case recalled. All parties still present. Parties proceed to Preliminary Hearing. Government calls James Anderson as witness. Governments Exhibit 1 offered and admitted. The court finds probable cause exists. Status Conference set for 6/9/2016 10:00 AM in Courtroom A 402 before Magistrate Judge Craig B. Shaffer. Defendant remanded. (Total time: 22 minutes, Hearing time: 2:10-2:12, 2:59-3:19)<br><br>**APPEARANCES**: Beth Gibson on behalf of the Government, Natalie Stricklin on behalf of the Defendant, Michelle Sinaka on behalf of Pretrial Services. FTR: Courtroom C-204. (bsimm, ) Text Only Entry [1:16-mj-01079-NYW] (Entered: 05/31/2016) |
| 05/27/2016 | 13 | ORDER OF DETENTION as to Brandon Lafraye Nelson by Magistrate Judge Nina Y. Wang on 05/27/16. (nmarb, ) [1:16-mj-01079-NYW] (Entered: 05/31/2016) |
| 06/07/2016 | 15 | INDICTMENT as to Brandon Lafraye Nelson (1) count(s) 1-2. (Attachments: # 1 Criminal Information Sheet) (dkals, ) (Entered: 06/08/2016) |
| 06/07/2016 | 16 | RESTRICTED DOCUMENT - Level 4: by Brandon Lafraye Nelson. (dkals, ) (Entered: 06/08/2016) |
| 06/08/2016 | 17 | ORDER as to Brandon Lafraye Nelson. Pursuant to the filing of an indictment, the Status Conference set for 6/9/2016 is CONVERTED to an Arraignment and Discovery Hearing. The start time of these hearings is **pushed back and will start at 02:00 PM** in Courtroom A 402 before Magistrate Judge Craig B. Shaffer. Text Only Entry by Magistrate Judge Craig B. Shaffer on 6/8/16. (amont, ) (Entered: 06/08/2016) |
| 06/09/2016 | 18 | COURTROOM MINUTES for proceedings held before Magistrate Judge Craig B. Shaffer: Arraignment and Discovery Hearing as to Brandon Lafraye Nelson held on 6/9/2016. Defendant present in custody. Plea of NOT GUILTY entered by defendant. |

| | | |
|---|---|---|
| | | Discovery memorandum executed. Defendant remanded. Counsel is directed to chambers. (Total time: 2 minutes, Hearing time: 2:26-2:28 p.m.)<br><br>**APPEARANCES**: Martha Paluch on behalf of the Government, Mary Butterton on behalf of the defendant, Angela Ledesma on behalf of pretrial. FTR: CRIMINAL DUTY PM. (amont, ) Text Only Entry (Entered: 06/09/2016) |
| 06/09/2016 | 19 | Discovery Conference Memorandum and ORDER: Estimated Trial Time - 5 days or less as to Brandon Lafraye Nelson by Magistrate Judge Craig B. Shaffer on 6/9/16. (amont, ) (Entered: 06/09/2016) |
| 06/16/2016 | 20 | TRIAL PREPARATION ORDER as to Brandon Lafraye Nelson: Pretrial Motions due by 6/30/2016. Responses and motions to suppress due by 7/14/2016. Trial Preparation Conference/Motion Hearing set for **8/11/2016 at 04:00 PM** in Courtroom A 901 before Chief Judge Marcia S. Krieger. If no motions are timely filed, this hearing will be a final pretrial conference. If motions are timely filed, this will be a non-evidentiary motion hearing. Five-day Jury Trial set to commence on 8/15/2016 at 08:30 AM in Courtroom A 901 before Chief Judge Marcia S. Krieger. by Chief Judge Marcia S. Krieger on 6/16/16. (msksec, ) (Entered: 06/16/2016) |
| 06/30/2016 | 21 | NOTICE of Disposition by Brandon Lafraye Nelson (Stricklin, Natalie) (Entered: 06/30/2016) |
| 07/01/2016 | 22 | ORDER AND NOTICE OF CHANGE OF PLEA AND SENTENCING HEARINGS as to Brandon Lafraye Nelson: THIS MATTER comes before the Court following the filing of Defendant's 21 Notice of Disposition. The Court construes this Notice as a motion to change his plea and to have the Court consider the terms of the parties' plea agreement. IT IS THEREFORE ORDERED that: 1) Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters. 2) A Change of Plea Hearing is set for **7/26/2016 at 02:30 PM** and a Sentencing Hearing is set for **10/31/2016 at 09:00 AM** in Courtroom A 901 before Chief Judge Marcia S. Krieger. The Trial Preparation Conference set for 8/11/2016 and the 8;15/2016 trial date are VACATED. by Chief Judge Marcia S. Krieger on 7/1/16. Text Only Entry (msksec, ) (Entered: 07/01/2016) |
| 07/26/2016 | 23 | MINUTE ENTRY for Change of Plea Hearing as to Brandon LAdraye Nelson held before Chief Judge Marcia S. Krieger on 7/26/2016. Defendant present in custody. Plea of GUILTY entered by Defendant to Count 1 of the Indictment. The Government's oral motion to dismiss Count 2 of the Indictment is GRANTED, but the effect of the Order is stayed until time of Sentencing. Sentencing is set on October 31, 2016 at 9:00 a.m., in Courtroom A901, 901 19th Street, Denver, CO. Court Reporter: Terri Lindblom. (pglov) (Entered: 07/26/2016) |
| 07/26/2016 | 24 | PLEA AGREEMENT as to Brandon LAdraye Nelson (pglov) (Entered: 07/26/2016) |
| 07/26/2016 | 25 | STATEMENT IN ADVANCE OF PLEA OF GUILTY by Defendant Brandon LAdraye Nelson (pglov) (Entered: 07/26/2016) |
| 07/26/2016 | 26 | ORDER Concerning Presentence Investigation & Report as to Brandon LAdraye Nelson. The Defendant has entered a plea of guilty pursuant to a plea agreement entered into with the United States of America. This agreement includes a stipulation of facts setting forth the circumstances of the commission of the offense and the circumstances affecting the Defendants behavior. Upon consideration of that stipulation, this Court finds and concludes that the factual stipulation is sufficient for inclusion in the |

| | | | |
|---|---|---|---|
| | | | presentence report to satisfy the requirements of Rule 32(c) of the Federal Rules of Criminal Procedure. It is inappropriate to conduct an independent investigation into the offense behavior because it would be inconsistent with the parties plea agreement and could adversely affect the rights of the parties. Accordingly, it is ORDERED that in making the pre-sentence investigation and report in this case, the probation service will include the stipulation of facts as the statement of the nature and circumstances of the offense and offense conduct and shall not conduct an independent factual investigation of same. Such statements shall be considered by this Court in making its determination under 18 U.S.C. § 3553(a)(1) with respect to the nature and circumstances of the offense. by Chief Judge Marcia S. Krieger on 7/26/16. Text Only Entry (pglov) (Entered: 07/26/2016) |
| 09/22/2016 | | 27 | RESTRICTED PRESENCE REPORT first disclosure for attorney review as to Brandon LAdraye Nelson (doden, ) (Entered: 09/22/2016) |
| 10/17/2016 | | 28 | SENTENCING STATEMENT by Brandon LAdraye Nelson (Attachments: # 1 Attachment A)(Stricklin, Natalie) (Entered: 10/17/2016) |
| 10/19/2016 | | 29 | SENTENCING STATEMENT by USA as to Brandon LAdraye Nelson (Gibson, Beth) (Entered: 10/19/2016) |
| 10/20/2016 | | 30 | RESTRICTED PRESENCE REPORT as to Brandon LAdraye Nelson (Attachments: # 1 Exhibit A)(ntaka) (Entered: 10/20/2016) |
| 10/20/2016 | | 31 | RESTRICTED ADDENDUM to Presentence Report 30 as to Brandon LAdraye Nelson (Attachments: # 1 Exhibit A)(ntaka) (Entered: 10/20/2016) |
| 10/31/2016 | | 32 | MINUTE ENTRY for Sentencing as to defendant Brandon LAdraye Nelson held before Chief Judge Marcia S. Krieger on 10/31/2016. Defendant present in custody. Defendant sentenced as reflected on the record. Sentencing as to Defendant on Count 1 of the Indictment. Defendant remanded. Court Reporter: Terri Lindblom. (pglov) (Entered: 10/31/2016) |
| 11/01/2016 | | 33 | RESTRICTED AMENDED PRESENCE REPORT as to Brandon LAdraye Nelson (Attachments: # 1 Exhibit A)(doden, ) (Entered: 11/01/2016) |
| 11/04/2016 | | 34 | JUDGMENT as to defendant Brandon LAdraye Nelson. Defendant is sentenced on Count 1 of the Indictment to a term of imprisonment of fifty-one (51) months, three (3) years supervised release, no fine and a special assessment of $100.00.; Count 2 Dismissed by Chief Judge Marcia S. Krieger on 11/4/16. (Attachments: # 1 Sentencing Transcrip) (pglov) (Entered: 11/04/2016) |
| 11/04/2016 | | 35 | STATEMENT OF REASONS as to Brandon LAdraye Nelson. (Attachments: # 1 Sentencing Transcript)(pglov) (Entered: 11/04/2016) |
| 08/05/2019 | | 36 | TRANSCRIPT of Change of Plea as to Brandon LAdraye Nelson held on 7/26/2016 before Judge Krieger. Pages: 1-27. <br><br>**NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br><br>** <br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. |

| | | |
|---|---|---|
| | | (tlind, ) (Entered: 08/05/2019) |
| 09/10/2019 | 37 | NOTICE OF ATTORNEY APPEARANCE: Oliver Dean Sanderford appearing for Brandon LAdraye NelsonAttorney Oliver Dean Sanderford added to party Brandon LAdraye Nelson(pty:dft) (Sanderford, Oliver) (Entered: 09/10/2019) |
| 09/10/2019 | 38 | Motion to Reduce Sentence pursuant to Rehaif v. United States by Brandon LAdraye Nelson. (Sanderford, Oliver) (Entered: 09/10/2019) |
| 09/10/2019 | 39 | Amended Motion to Reduce Sentence pursuant to Rehaif v. United States by Brandon LAdraye Nelson. (Attachments: # 1 Attachment A)(Sanderford, Oliver) (Entered: 09/10/2019) |
| 07/10/2020 | 41 | Petition for Warrant of Offender Under Supervision as to Brandon LAdraye Nelson. (Attachments: # 1 Proposed Order (PDF Only), # 2 Arrest Warrant); (Judgment 34 )(ldohm) (Entered: 07/10/2020) |
| 07/13/2020 | 42 | ORDER granting in part and taking under advisement 41 Petition for Warrant/Summons of Offender Under Supervision as to Brandon LAdraye Nelson: The Court grants the request for issuance of a warrant and reserves determination on the merits of the petition. By Judge Marcia S. Krieger on 7/13/20. Text Only Entry (msklc2, ) (Entered: 07/13/2020) |
| 07/13/2020 | 43 | Probation Warrant Issued as to Brandon LAdraye Nelson. (rkeec) (Entered: 07/13/2020) |
| 07/22/2020 | 44 | MOTION for Order *for Ruling* by Brandon LAdraye Nelson. (Sanderford, Oliver) (Entered: 07/22/2020) |
| 07/27/2020 | 45 | NOTICE OF ATTORNEY APPEARANCE Alecia Lynne Riewerts appearing for USA. Attorney Alecia Lynne Riewerts added to party USA(pty:pla) (Riewerts, Alecia) (Entered: 07/27/2020) |
| 07/27/2020 | 46 | Arrest of Brandon LAdraye Nelson. Initial Appearance on Revocation Proceedings set for 7/27/2020 02:00 PM in Courtroom A 501 before Magistrate Judge Michael E. Hegarty. (Text Only entry)(cmadr, ) (Entered: 07/27/2020) |
| 07/27/2020 | 47 | COURTROOM MINUTE for proceedings held before Magistrate Judge Michael E. Hegarty: Initial Appearance re Revocation of Supervised Release as to Brandon LAdraye Nelson held on 7/27/2020. Defendant present in custody. Court appoints counsel. Preliminary and Detention Hearing set for 7/30/2020 at 02:00 PM in Courtroom A 501 before Magistrate Judge Michael E. Hegarty. Defendant remanded, (Total time: 4 minutes, Hearing time: 2:13 p.m.-2:17 p.m.)<br><br>**APPEARANCES**: Martha Paluch on behalf of the Government, Jennifer Beck on behalf of the defendant. FTR: A501. (cthom, ) (Entered: 07/27/2020) |
| 07/27/2020 | 48 | CJA 23 Financial Affidavit by Brandon LAdraye Nelson. (cthom, ) (Entered: 07/27/2020) |
| 07/27/2020 | 49 | ORDER APPOINTING COUNSEL as to Brandon LAdraye Nelson by Magistrate Judge Michael E. Hegarty on 7/27/2020. Text Only Entry (cthom, ) (Entered: 07/27/2020) |
| 07/27/2020 | 50 | NOTICE OF ATTORNEY APPEARANCE: Natalie Girard Stricklin appearing for Brandon LAdraye Nelson (Stricklin, Natalie) (Entered: 07/27/2020) |

| | | | |
|---|---|---|---|
| 07/29/2020 | 51 | MOTION to WITHDRAW by USA as to Brandon LAdraye Nelson. (Attachments: # 1 Proposed Order (PDF Only))(Riewerts, Alecia) Modified on 7/30/2020 to edit event type. (sphil, ). (Entered: 07/29/2020) | |
| 07/30/2020 | 52 | COURTROOM MINUTES for proceedings held before Magistrate Judge Michael E. Hegarty: Preliminary Revocation and Detention Hearing as to Brandon LAdraye Nelson held on 7/30/2020. Defendant present in custody. Waiver of Preliminary Hearing executed by Defendant. Defendant proffers for release. Government proffers for release. Ordered detained. Defendant remanded. Counsel is directed to chambers. (Total time: 14 minutes, Hearing time: 2:21 p.m.-2:35 p.m.)<br><br>**APPEARANCES**: Alecia Riewerts on behalf of the Government, Natalie Stricklin on behalf of the defendant, Stephanie Hartz on behalf of pretrial. FTR: A501. (cthom, ) Text Only Entry (Entered: 07/30/2020) | |
| 07/30/2020 | 53 | WAIVER of Preliminary Hearing by Brandon LAdraye Nelson (cthom, ) (Entered: 07/30/2020) | |
| 07/30/2020 | 54 | ORDER as to Brandon LAdraye Nelson: Based on the Court's review of the docket, it does not appear that the Court specifically ordered the Government to file a response to Mr. Nelson's Motion to Reduce Sentence 38 , nor that the Government has filed any such response. Accordingly, within 14 days of this Order, the Government shall file a response to Mr. Nelson's motion. By Judge Marcia S. Krieger on 7/30/20. Text Only Entry (msklc2, ) (Entered: 07/30/2020) | |
| 07/30/2020 | 55 | ORDER OF DETENTION as to Brandon LAdraye Nelson by Magistrate Judge Michael E. Hegarty on 30 July 2020. (cmadr, ) (Entered: 07/31/2020) | |
| 08/05/2020 | 56 | Arrest Warrant Returned Executed on 7/24/2020 in case as to Brandon Laeraye Nelson. (sphil, ) (Entered: 08/06/2020) | |
| 08/11/2020 | 57 | REASSIGNING JUDGE. Due to Judge Marcia S. Krieger's unavailability, and with the approval of the Chief Judge pursuant to D.C.COLO.LCrR 50.1(a), this case has been randomly reassigned to Judge R. Brooke Jackson. All future pleadings should be designated as 16-cr-00192-RBJ. (Text Only Entry) (agarc, ) (Entered: 08/11/2020) | |
| 08/11/2020 | 58 | RESPONSE to Motion by USA as to Brandon LAdraye Nelson re 39 Amended Motion to Reduce Sentence pursuant to Rehaif v. United States (Murphy, James) (Entered: 08/11/2020) | |
| 08/12/2020 | 59 | ORDER granting 51 Motion to Withdraw as Attorney. Beth N. Gibson and Martha Ann Paluch withdrawn from case as to Brandon LAdraye Nelson (1). By Judge R. Brooke Jackson on 8/12/2020. Text Only Entry (rbjsec. ) (Entered: 08/12/2020) | |
| 08/12/2020 | 60 | MINUTE ORDER as to Brandon LAdraye Nelson Re: 39 Amended Motion to Reduce Sentence pursuant to Rehaif v. United States and 44 MOTION for Order for Ruling. ECF No. 39 is denied. As the government has pointed out in its response, the motion was procedurally defaulted. Moreover, the defendant stipulated that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, ECF No. 24 at 4. Accordingly, it is clear that the defendant did know that he was not allowed to possess firearms because of his previous conviction(s). ECF No. 44 is denied as moot. By Judge R. Brooke Jackson on 8/12/2020. Text Only Entry (rbjsec,) (Entered: 08/12/2020) | |

| | | | |
|---|---|---|---|
| 08/12/2020 | 61 | MINUTE ORDER as to Brandon LAdraye Nelson. Final Hearing re Revocation of Supervised Release set for 10/19/2020 09:00 AM in Courtroom A 902 before Judge R. Brooke Jackson. by Judge R. Brooke Jackson on 8/12/2020. Upon consent of the defendant, due to Due to the COVID-19 pandemic, the hearing will be held by video teleconference. The Court's staff will provide connection instructions to the parties by email prior to the hearing. Text Only Entry (rbjsec. ) (Entered: 08/12/2020) | |
| 08/13/2020 | 62 | MOTION for Reconsideration *of Order Denying 28 U.S.C. § 2255 Motion* by Brandon LAdraye Nelson. (Sanderford, Oliver) (Entered: 08/13/2020) | |
| 08/13/2020 | 63 | REPLY by Brandon LAdraye Nelson to 58 Response to Motion *to Vacate Conviction and Sentence Under 28 U.S.C.§ 2255* (Sanderford, Oliver) (Entered: 08/13/2020) | |
| 08/20/2020 | 64 | MOTION to Withdraw as Attorney by Jennifer Beck by Brandon LAdraye Nelson. (Beck, Jennifer) (Entered: 08/20/2020) | |
| 08/20/2020 | 65 | ORDER granting 64 Motion to Withdraw as Attorney. Jennifer Lynn Beck withdrawn from case as to Brandon LAdraye Nelson (1). By Judge R. Brooke Jackson on 8/20/2020. Text Only Entry (rbjsec.) (Entered: 08/20/2020) | |
| 09/14/2020 | 66 | ORDER granting in part and denying in part 62 MOTION for Reconsideration of Order Denying 28 U.S.C. § 2255 Motion as to Brandon LAdraye Nelson (1). Granted to the extent that the Court has reviewed defendant's reply and has reconsidered. Otherwise, denied. The Court reaffirms its denial of defendant's amended motion to reduce sentence, ECF No. 39, for the reasons summarized in the Courts Minute Order, ECF No. 60. By Judge R. Brooke Jackson on 9/14/202. Text Only Entry (rbjsec. ) (Entered: 09/14/2020) | |
| 09/21/2020 | 67 | Superseding Petition Due to Violations of Supervision as to Brandon LAdraye Nelson; (Judgment 34 , Violation Petition 41 ). (ldohm) (Entered: 09/21/2020) | |
| 10/01/2020 | 68 | NOTICE OF APPEAL as to 60 Minute Order,,, Terminate Motions,, 66 Order on Motion for Reconsideration,, by Brandon LAdraye Nelson. (Sanderford, Oliver) (Entered: 10/01/2020) | |
| 10/02/2020 | 69 | LETTER Transmitting Notice of Appeal to all counsel advising of the transmittal of the 68 Notice of Appeal as to Brandon LAdraye Nelson to the U.S. Court of Appeals. ( FPD,) (Attachments: # 1 Preliminary Record, # 2 Docket Sheet)(rvill, ) (Entered: 10/02/2020) | |
| 10/02/2020 | 70 | USCA Case Number as to Brandon LAdraye Nelson 20-1340 for 68 Notice of Appeal filed by Brandon LAdraye Nelson. (rvill, ) (Entered: 10/02/2020) | |
| 10/05/2020 | 71 | RESTRICTED VIOLATION HEARING REPORT as to Brandon LAdraye Nelson (Presentence Report 30 , Superseding Violation Report 67 ). (ldohm) (Entered: 10/05/2020) | |
| 10/14/2020 | 72 | MINUTE ORDER as to Brandon LAdraye Nelson. Due to a conflict on this Court's calendar with a civil trial, the Final Hearing re Revocation of Supervised Release set for 10/19/2020 at 9:00 AM is CONTINUED to 10/26/2020 at 1:30 p.m. in Courtroom A 902 before Judge R. Brooke Jackson. Due to the COVID-19 pandemic, the hearing will be held by video teleconference. The Court's staff will provide connection instructions to the parties by email prior to the hearing. By Judge R. Brooke Jackson on 10/14/2020. Text Only Entry (rbjsec. ) (Entered: 10/14/2020) | |

| 10/14/2020 | 73 | Utility Setting/Resetting Deadlines/Hearings as to Brandon LAdraye Nelson: Text Only Entry Sentencing set for 10/26/2020 at 1:30 PM by VTC in Courtroom A 902 before Judge R. Brooke Jackson. (rbjsec. ) (Entered: 10/14/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/15/2020 14:53:16 | | | |
| **PACER Login:** | deansand:4793632:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:16-cr-00192-RBJ |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**