**TRANSCRIPT ORDER FORM**

| **PART I - To be completed by appellant within fourteen days of filing the notice of appeal** |
|---|

Short Title: *United States v. Nelson*     District Court Number: 1:16-cr-00192-RBJ-1
District:     Colorado                     Circuit Court Number: 20-1340
Name of Attorney:     John C. Arceci       Email Address: John_Arceci@fd.org
     Name of Law Firm/Office: Office of the Federal Public Defender     Telephone: (303) 294-7002
     Address of Firm:     633 Seventeenth Street, Suite 1000, Denver, CO 80202
     Attorney for:  Appellant Brandon Lafraye Nelson
Name of Court Reporter:  N/A                Telephone of Reporter: N/A

**PART II – Complete SECTION A (if not ordering a transcript) or SECTION B (if ordering transcript(s)).**

*SECTION A* – I HAVE NOT ORDERED A TRANSCRIPT BECAUSE
     [] A transcript is not necessary for this appeal;
     **[X] The necessary transcript is already on file in District Court**; or
     [] The necessary transcript was ordered previously in appeal number _____

*SECTION B* -  I HEREBY ORDER THE FOLLOWING TRANSCRIPT(S):
(Specify the date and proceeding in the space below)

Voir dire:_____     Post-Trial Hearing:_____
Trial proceedings: _____     Opening Statements:_____
Jury Instructions: _____     Closing Arguments:_____
Other Proceedings:

     [ ] **I will pay the cost of the transcript.  My signature on this form is my agreement to pay for the transcript ordered on this form.**

     [X] **This case is proceeding under the Criminal Justice Act.**
          **IF THIS APPEAL IS PROCEEDING UNDER THE CJA, PLEASE NOTE YOU MUST ALSO TAKE ALL STEPS REQUIRED IN EVOUCHER IN ORDER TO COMPLETE PAYMENT ARRANGMENTS.**
**NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript.  An order of the district court allowing payment for the transcript at government expense must be obtained.  *See* 28 U.S.C. §753(f).

**CERTIFICATE OF COMPLIANCE**

I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the **court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit.**  I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter.

Signature of Attorney/Ordering Party:  /s/ JOHN C. ARCECI          Date:   10/16/2020

**PART III - To be completed by the court reporter after satisfactory financial arrangements have been made.**

Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

Date arrangements for payment completed: _____
Estimated completion date: _____
Estimated number of pages: _____
I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter: _____     Date:_____

A-8 Revised 12/09   Transcript Order Form