FILED  
United States Court of Appeals  
Tenth Circuit  

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**October 16, 2020**

_____

Christopher M. Wolpert  
Clerk of Court  

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

BRANDON LAFRAYE NELSON,

    Defendant - Appellant.

No. 20-1340  
(D.C. No. 1:16-CR-00192-RBJ-1)  
(D. Colo.)

_____

**ORDER**

_____

Before **TYMKOVICH**, Chief Circuit Judge.

_____

This matter is before the Court on Appellant's Motion to Continue Appointment. Upon consideration, the motion is granted. Pursuant to 18 U.S.C. §3006A, The Federal Public Defender for the Districts of Colorado and Wyoming is appointed as counsel of record to represent the appellant Brandon LaFraye Nelson. This appointment is effective *nunc pro tunc* to the date the notice of appeal was filed in this matter.

    Entered for the Court

    CHRISTOPHER M. WOLPERT, Clerk

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Christopher M. Wolpert  
Clerk of Court

October 16, 2020

Jane K. Castro  
Chief Deputy Clerk

Mr. John C. Arceci
Office of the Federal Public Defender
Districts of Colorado and Wyoming
633 17th Street, Suite 1000
Denver, CO 80202

**RE:**     **20-1340, United States v. Nelson**
Dist/Ag docket: 1:16-CR-00192-RBJ-1

Dear Counsel:

You have been appointed as counsel for appellant pursuant to the Criminal Justice Act, 18 U.S.C. 3006A. The order appointing you has been docketed in the above-referenced appeal. If an adverse decision is rendered you must advise your client of the right to seek review of this court's decision by petition for certiorari. If the client requests, and you believe a petition to be legally sound, you must file one with the clerk of the Supreme Court of the United States. *See* Criminal Justice Act Plan, 10th Cir. R., Addendum I.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of the Court

cc:     James C. Murphy

CMW/sds