IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Civil Action: | 16-cr-00192-RBJ | Date: October 26, 2020 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |
| Interpreter: | N/A | Probation: Stephanie Hartz |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | *Alecia Riewerts* |
| v. | |
| 1. BRANDON LADRAYE NELSON<br>**Defendant** | *Natalie Stricklin* |

### COURTROOM MINUTES

**HEARING ON SUPERVISED RELEASE VIOLATION VIA VIDEO CONFERENCE**

Court in session:  1:30 p.m.

Appearances of counsel and probation via video conference.

Defendant is present in custody via video conference.

The defendant admits to violations alleged in the Superseding Petition on Supervised Release [67].

Argument given on sentencing.

The Court states its findings and conclusions.

**ORDERED:**  **The defendant is resentenced to TIME SERVED, 30 months supervised release.**

**ORDERED:**  **Standard/Mandatory/Special Conditions of Supervised Release, as stated on the record.**

The defendant is advised of his right to appeal.

Discussion held on reporting to probation and being in Adams County custody.

Court in Recess:  1:42 p.m.            Hearing concluded.            Total time in Court:  00:12