# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.    16-cr-00192-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. BRANDON LADRAYE NELSON,

    Defendant.

---

## ORDER FOR TIME SERVED

---

PURSUANT to and in accordance with the Revocation Hearing held before the Honorable R. Brooke Jackson, United States District Judge, on October 26, 2020, it is hereby

ORDERED that the defendant BRANDON LADRAYE NELSON is sentenced to **TIME SERVED, see judgment for details.**

Dated:   October 26, 2020

                                            BY THE COURT:

                                            /s/ R. Brooke Jackson
                                            R. BROOKE JACKSON,
                                            UNITED STATES DISTRICT JUDGE