# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:16CR00192-1

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BRANDON LADRAYE NELSON

    Defendant.

**ORDER REGARDING VIOLATION(S) OF CONDITIONS OF SUPERVISED RELEASE**

THIS MATTER is before the Court upon request by the probation officer to initiate revocation proceedings due to violation(s) of the conditions of supervision.

HAVING considered the probation officer's petition, the Court

\_\_\_\_   ORDERS the issuance of an arrest warrant.

\_\_\_\_   ORDERS the issuance of a summons.

\_\_\_\_   DENIES the request.

Dated at Denver, Colorado, this \_\_\_\_\_ day of January 2021.

                  BY THE COURT:

                  R. Brooke Jackson
                  United States District Judge