AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>Brandon LaDraye Nelson<br>*Defendant* | )<br>)  Case No.  1:16-cr-00192-RBJ-01<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Brandon LaDraye Nelson                                                                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment         ☐ Superseding Indictment      ☐ Information       ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☑ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Cts. 1 & 2: Possession and Use of a Controlled Substance; and
Ct. 3:   Failuire to Reside in/Comply with Rules of the Residential Reentry Center.

Date: _____                              _____
                                                                                          *Issuing officer's signature*

City and state:   Denver, Colorado                    _____
                                                                                          *Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____                                        _____
                                                                                          *Arresting officer's signature*

                                                                                          _____
                                                                                          *Printed name and title*