**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:16CR00192-1

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BRANDON LADRAYE NELSON

    Defendant.

**ORDER REGARDING VIOLATION(S) OF CONDITIONS OF SUPERVISED RELEASE**

THIS MATTER is before the Court upon request by the probation officer to initiate revocation proceedings due to violation(s) of the conditions of supervision.

HAVING considered the probation officer's petition, the Court

__X__ ORDERS the issuance of an arrest warrant.

_____ ORDERS the issuance of a summons.

_____ DENIES the request.

Dated at Denver, Colorado, this __11th__ day of January 2021.

BY THE COURT:

*Brooke Jackson*

R. Brooke Jackson
United States District Judge