IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-cr-00192-RBJ

UNITED STATES OF AMERICA,

       Plaintiff,

v.

BRANDON LADRAYE NELSON,

       Defendant.

## NOTICE OF APPEARANCE

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender


       s/ Natalie G. Stricklin
       NATALIE G. STRICKLIN
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       Natalie_Stricklin@fd.org
       Attorney for Defendant

CERTIFICATE OF SERVICE

    I hereby certify that on January 13, 2021, I filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Alecia Riewerts, Assistant United States Attorney
E-mail:  Alecia.Riewerts@usdoj.gov

    I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Brandon LAdraye Nelson (via U.S. mail)

                                         s/ Natalie G. Stricklin
                                         NATALIE G. STRICKLIN
                                         Assistant Federal Public Defender
                                         633 17th Street, Suite 1000
                                         Denver, CO  80202
                                         Telephone:  (303) 294-7002
                                         FAX:  (303) 294-1192
                                         Natalie_Stricklin@fd.org
                                         Attorney for Defendant