FILED
United States Court of Appeals
Tenth Circuit

February 16, 2021

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

UNITED STATES OF AMERICA,

   Plaintiff - Appellee,

v.

BRANDON LAFRAYE NELSON,

   Defendant - Appellant.

No. 20-1340
(D.C. No. 1:16-CR-00192-RBJ-1)
(D. Colo.)

---

**ORDER**

---

Before **MATHESON** and **BACHARACH**, Circuit Judges.

---

This matter is before the court following receipt and initial review of appellant Brandon Lafraye Nelson's opening brief. Mr. Nelson seeks to appeal the district court's orders denying his Motion to Vacate, Set Aside, or Correct a Sentence under 28 U.S.C. § 2255(a) and his motion to reconsider that denial. However, Mr. Nelson must obtain a certificate of appealability (COA) before appealing that order. *See* 28 U.S.C. § 2253(c)(1). The district court did not address whether a COA should issue.

In light of this court's decision in *United States v. Higley*, No. 17-1111 (10th Cir. Sep. 29, 2017) (unpublished) (stating that the district court must ordinarily decide, in the first instance, whether to issue a COA), the court directs a limited remand to the district court to consider whether to issue a COA for this appeal. The court directs the Clerk of

the district court to supplement the preliminary record once the district court issues its decision regarding COA.

Pending the district court's decision regarding whether to issue a COA, the court abates this appeal.

Entered for the Court
CHRISTOPHER M. WOLPERT, Clerk

by: Lisa A. Lee
    Counsel to the Clerk