```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_ENotice@cod.uscourts.gov
Bcc:
--Case Participants: Alecia Lynne Riewerts (alecia.riewerts@usdoj.gov,
caseview.ecf@usdoj.gov, portia.peter@usdoj.gov, usaco.ecfcriminal@usdoj.gov), Oliver Dean
Sanderford (cecilia_hernandez@fd.org, co.ecf@fd.org, dean_sanderford@fd.org), Natalie
Girard Stricklin (co.ecf@fd.org, mary_unrein@fd.org, natalie_stricklin@fd.org), Judge R.
Brooke Jackson (jackson_chambers@cod.uscourts.gov)
--Non Case Participants: James Coyle Murphy (james.murphy3@usdoj.gov,
usaco.ecfappellate@usdoj.gov), lansa (laura_ansart@cod.uscourts.gov), shartz
(stephanie_hartz@cod.uscourts.gov), zzz-jkoza-disabled (justine_kozak@cod.uscourts.gov),
Probation-General (cod_efiling@cod.uscourts.gov), USM-Criminal Division
(gillian.fleck@usdoj.gov, royce.namoca@usdoj.gov, usms.cod-criminal@usdoj.gov)
--No Notice Sent:

Message-Id:7981403@cod.uscourts.gov
Subject:Activity in Case 1:16-cr-00192-RBJ USA v. Nelson Minute Order
Content−Type: text/html
```

## U.S. District Court – District of Colorado

### District of Colorado

### Notice of Electronic Filing

The following transaction was entered on 2/18/2021 at 9:52 AM MST and filed on 2/18/2021

| | |
|---|---|
| **Case Name:** | USA v. Nelson |
| **Case Number:** | 1:16−cr−00192−RBJ |
| **Filer:** | |
| **Document Number:** | 97(No document attached) |

**Docket Text:**

**MINUTE ORDER as to Brandon LAdraye Nelson re [96] USCA Order. On remand from the United States Court of Appeals for the Tenth Circuit, this Court issues a Certificate of Appealability from its order of August 12, 2020, ECF No. 60, denying defendant's motion to reduce his sentence pursuant to Rehaif v. United States, 139 S. Ct. 2191 (2019) and its order of September 14, 2020, ECF No. 66, denying defendant's motion to reconsider the previous order. Pursuant to 28 U.S.C. § 2253(c)(1)–(3), the Court certifies that the applicant has made a substantial showing of the denial of a constitutional right. The ultimate issue in this case and at least two other cases recently addressed by this Court is whether the Court's failure to advise the defendant before Rehaif that an element of the crime of felon in possession of a firearm was that he knew when he possessed the firearm that he had previously been convicted of a crime punishable by more than one year of imprisonment was plain error under the circumstances of the case. Although each case is somewhat different from the others, there is substantial overlap in the arguments presented by the defendants and the government in these cases as well as in the reasoning of the Court in denying the motions in these cases. In this particular case (Nelson) this Court denied the motion by brief minute orders. In U.S. v. Aguayo, 13cr88, and US v. Dace, 16cr383, this Court addressed the issues in more detailed written orders. It is this Court's view that reasonable minds could differ as to this Court's resolution of the issues in these cases, all of which are now on appeal to the Tenth Circuit, and that this Court and probably others would benefit from the Tenth Circuit's guidance on these issues. By Judge R. Brooke Jackson on 2/18/2021. Text Only Entry**

**(rbjsec.)**

**1:16−cr−00192−RBJ−1 Notice has been electronically mailed to:**

Oliver Dean Sanderford     Dean_Sanderford@fd.org, cecilia_hernandez@fd.org, co.ecf@fd.org

Alecia Lynne Riewerts     Alecia.Riewerts@usdoj.gov, CaseView.ECF@usdoj.gov, USACO.ECFCriminal@usdoj.gov, portia.peter@usdoj.gov

Natalie Girard Stricklin     natalie_stricklin@fd.org, co.ecf@fd.org, mary_unrein@fd.org

**1:16−cr−00192−RBJ−1 Notice has been mailed by the filer to:**