FILED
United States Court of Appeals
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

February 19, 2021

Christopher M. Wolpert
Clerk of Court

---

UNITED STATES OF AMERICA,

   Plaintiff - Appellee,

v.

BRANDON LAFRAYE NELSON,

   Defendant - Appellant.

No. 20-1340
(D.C. No. 1:16-CR-00192-RBJ-1)
(D. Colo.)

---

**ORDER**

---

On February 16, 2021, this court abated this proceeding and issued a limited remand to allow the district court to consider in the first instance whether to issue a certificate of appealability to Brandon Lafraye Nelson. *See* 28 U.S.C. § 2253(c)(1); *United States v. Higley*, No. 17 1111 (10th Cir. Sep. 29, 2017).

This matter is now before the court on review and consideration of the district court's February 18, 2021 minute order, in which it granted Mr. Nelson a COA. [ECF No. 97]. Upon consideration of the district court's order, this court lifts the abatement of this appeal and directs the government to file a response brief on or before March 22, 2021.

                                Entered for the Court
                                CHRISTOPHER M. WOLPERT, Clerk

                                by: Lisa A. Lee
                                    Counsel to the Clerk