IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | | |
|---|---|---|---|
| Criminal Action: | 16-cr-00192-RBJ | Date: March 8, 2021 | |
| Courtroom Deputy: | Julie Dynes | Court Reporter:  Sarah Mitchell | |
| Interpreter: | N/A | Probation:  Jordan Buescher | |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | *Alecia Riewerts* |
| **v.** | |
| 1. BRANDON LADRAYE NELSON<br>**Defendant** | *Natalie Stricklin* |

## COURTROOM MINUTES

**HEARING ON SUPERVISED RELEASE VIOLATION VIA VIDEO CONFERENCE**

Court in session:  3:30 p.m.

Appearances of counsel and probation via video conference.

Defendant is present in custody via video conference.

The defendant admits to violations alleged in the Petition on Supervised Release [84].

Argument given on sentencing.

The Court states its findings and conclusions.

**ORDERED:   The defendant is resentenced to 18 months, no further term of supervised release.**

The defendant is advised of his right to appeal.

The Court RECOMMENDS that the defendant receive credit for time served in federal custody on this case.

Court in Recess:  3:54 p.m.　　　　Hearing concluded.　　　　Total time in Court:  00:24